UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

LESHURN HUNT,

    Petitioner,

v.                        Case No. 22-C-1228

JASON BENZEL,

    Respondent.

## ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS*

Petitioner Leshurn Hunt has filed two motions to proceed *in forma pauperis* on his petition for writ of habeas corpus. The filing fee for a writ of habeas corpus is $5.00. It appears from the records submitted with Petitioner's motion that he has more than sufficient income and funds in his regular account to pay the $5.00 filing fee. Accordingly, the motions to proceed *in forma pauperis* (Dkt. Nos. 6–7) are **DENIED**, and Petitioner is directed to pay the filing fee of $5.00 within the next 21 days. Failure to do so will result in dismissal of his petition.

**SO ORDERED** at Green Bay, Wisconsin this 28th day of October, 2022.

                                                     s/ William C. Griesbach
                                                     William C. Griesbach
                                                     United States District Judge